Exhibit "B"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Case No. _____

**ARTHUR DYER,**

                                        CASE NO.: 22-CA-1810

      **Plaintiff,**

v.

**ARENA HORSE SHOWS OF OCALA,**
LLC d/b/a World Equestrian Center, World
Equestrian Center Ocala, and WEC South,
and **COLUMBUS HOSPITALITY, LLC,**
d/b/a World Equestrian Center and World
Equestrian Center Ocala,

      **Defendants.**
_____/

**DEFENDANT COLUMBUS HOSPITALITY, LLC'S
CONSENT AND JOINDER TO DEFENDANT ARENA
HORSE SHOWS OF OCALA, LLC'S NOTICE OF REMOVAL**

The undersigned counsel for Defendant Columbus Hospitality, LLC, hereby consents to and joins in the removal of this action. Further, by consenting to and joining in the removal of this action, the undersigned in no way waives any objection or defense, including (1) lack of jurisdiction over the subject matter, (2) lack of jurisdiction over the person, (3) improper venue, (4) insufficiency of process, (5) insufficiency of service of process, (6) failure to state a claim upon

which relief can be granted, and (7) failure to join a party under Rule 19 of the Federal Rules of Civil Procedure.

Dated: December 27, 2022

                              Respectfully submitted,

                              **ZUMPANO CASTRO, PLLC**
*Counsel for Defendant*
500 South Dixie Highway, Suite 302
Coral Gables, Florida 33146
Telephone: (305) 503-2990
Email: Joseph.Ruiz@ZumpanoCastro.com
Email: Nikki.Marrero@ZumpanoCastro.com

By: */s/ Joseph R. Ruiz*
     **JOSEPH R. RUIZ, ESQ**.
     Florida Bar No. 65732

2