Exhibit "C"

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR MARION COUNTY, FLORIDA

**ARTHUR DYER,**

                        **CASE NO.: 22-CA-009143**

    **Plaintiff,**

v.

**ARENA HORSE SHOWS OF OCALA,**
LLC d/b/a World Equestrian Center, et al.,

    **Defendants.**
_____/

**DEFENDANT'S NOTICE TO STATE COURT
OF REMOVAL TO FEDERAL COURT**

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant, Arena Horse Shows of Ocala, LLC, ("Defendant"), filed removal papers with the Clerk of the United States District Court for the Middle District of Florida, Ocala Division, regarding the above-styled action. A copy of the Notice of Removal to Federal Court is attached as Exhibit "A." The Circuit Court for the Fifth Judicial Circuit, in and for Marion County, Florida, is respectfully requested to proceed no further in this action unless and until such time as the action may be remanded by order of the United States District Court for the Middle District of Florida, Ocala Division.

Dated: December 27, 2022

                                      Respectfully submitted,

                                      */s/ Scott T. Silverman*
                                      **Scott T. Silverman, Esq.**
                                      Florida Bar No.: 0021709
                                      Primary Email: Scott.silverman@akerman.com
                                      Secondary Email: caren.deruiter@akerman.com
                                      **Jake K. Proudfoot, Esq.**
                                      Florida Bar No.: 1011085
                                      Primary Email: Jake.proudfoot@akerman.com
                                      Secondary Email: caren.deruiter@akerman.com
                                      **AKERMAN LLP**
                                      401 E. Jackson Street, Suite 1700
                                      Tampa, FL  33602
                                      Telephone:  (813) 223-7333
                                      Facsimile:  (813) 223-2837
                                      *Counsel for Defendant, Arena Horse Shows of Ocala, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 27, 2022, I electronically filed the foregoing with Clerk of Court via the Florida Courts E-Filing Portal which will send the document electronically to the following electronic service recipients:

| | |
|---|---|
| James P. Tarquin, Esq.<br>Mark Dillman, Esq.<br>**JAMES R. TARQUIN, P.A.**<br>333 NW 3rd Avenue<br>Ocala, FL  34475<br>tarquinlawoffice@aol.com | Sarah M. Glaser, Esq.<br>**SHUMAKER, LOOP & KENDRICK, LLP**<br>101 E. Kennedy Blvd., #2800<br>Tampa, FL  33602<br>sglaser@shumaker.com |

*/s/ Scott T. Silverman*
Attorney

67914252;1